UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERNIE GARCIA, | ) | No. ED CV 11-00225-JVS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERNANDO GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: March 26, 2012

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE